■ ROSEMARY WHITE, Appellant, v ROMAN CATHOLIC CHURCH OF BOWMANSVILLE, Respondent. [40 NYS3d 335]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 20, 2015. The order denied the motion of plaintiff to restore the action to the trial calendar.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.